**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**KNOXVILLE DIVISION**

| | | |
|---|---|---|
| **MACKENZIE HUNT** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.** |
| | ) | |
| **LINCOLN MEMORIAL UNIVERSITY and RICHARD A. GILLISPIE COLLEGE OF VETERINARY MEDICINE** | ) ) ) ) | |
| **Defendants.** | | |

## DEFENDANTS' NOTICE OF REMOVAL

Defendants Lincoln Memorial University ("LMU") and the Richard A. Gillispie College of Medicine ("LMU-CVM"; collectively "Defendants"), respectfully submit this Notice of Removal and remove this action from the Circuit Court for Claiborne County, Tennessee, where it presently is pending, to the United States District Court for the Eastern District of Tennessee. In support of their Notice of Removal, Defendants would show the Court as follows:

1. LMU was served with the Summons and Complaint for Damages in this matter on or about October 24, 2025. LMU-CVM is one of LMU's professional academic programs; it is not a separate legal entity.

2. Defendants are removing this action within thirty days of LMU's receipt of the Summons and Complaint pursuant to 28 U.S.C. § 1446(b).

3. All pleadings that Plaintiff filed in the Circuit Court for Claiborne County, Tennessee are attached hereto as collective **Exhibit A**. *See* 28 U.S.C. § 1446(a).

4. Plaintiff alleges both federal and state claims against Defendants. Specifically, Plaintiff has enumerated the following claims in her Complaint: (a) alleged violation of the

Americans with Disabilities Act, Title III ("ADA"); (b) alleged breach of contract and bad faith breach of contract; and (c) alleged violation of Section 504 of the Rehabilitation Act of 1973 ("Section 504").

5. 28 U.S.C. § 1331 states that "the district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." Thus, this Court has original jurisdiction over Plaintiff's federal ADA and Section 504 claims.

6. The Court also has supplemental jurisdiction over Plaintiff's state law claim pursuant to 28 U.S.C. § 1367(a).

7. Venue for this action is proper in this Court as the district and division embracing the location where the state action is pending. *See* 28 U.S.C. § 1441(a).

8. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed with the Circuit Court Clerk for Claiborne County, Tennessee, and served on Plaintiff.

Based upon the foregoing, Defendants respectfully remove the above-captioned case from the Circuit Court for Claiborne County, Tennessee to this Court.

This 20th day of November, 2025.

Respectfully submitted,
*/s/ J. Keith Coates, Jr.*

J. Keith Coates, Jr. (#25839)
Kaitlyn E. Hutcherson (#035188)
kcoates@wmbac.com
khutcherson@wmbac.com
Woolf, McClane, Bright, Allen & Carpenter, PLLC
900 Riverview Tower
900 South Gay Street
Knoxville, Tennessee 37902
(865) 215-1000
(865) 215-1001

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2025, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's Electronic Filing System to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access the filing through the Court's Electronic Filing System.

/s/ *J. Keith Coates, Jr.*
Attorney